**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **BILLY FOSTER** | **CASE NO. 3:22-CV-06133** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LATONDRA MCCOY FISHER ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 21] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss for failure to state a claim, or, in the alternative, motion for a more definite statement [Doc. No. 4], is **GRANTED IN PART** and **DENIED IN PART as moot.**

To the extent that Defendants seek dismissal of all of Plaintiff's claims, **IT IS ORDERED, ADJUDGED, AND DECREED** that their motion is **GRANTED,** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Defendants' motion is otherwise **DENIED as moot**.

In Chambers, at Monroe, Louisiana, on this 5th day of April, 2023.

                                                                      _____
                                                                      **TERRY A. DOUGHTY**
                                                                      **UNITED STATES DISTRICT JUDGE**